# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** September 19, 2024

**CASE OF:** In Re: Amendments to Rules Regulating The Florida Bar - Chapter 3

**DOCKET NO.:** SC2024-0029

**OPINION FILED:** September 5, 2024

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 24, line 9, the words, "member of a" have been struck-through.

**SIGNED: OPINION CLERK**